THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KOY HANCOCK,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO REASSIGN AND CONTINUING HEARING**<br><br>Case No. 4:20-cr-50 DN<br><br>District Judge David Nuffer |

Defendant moves to reassign this case to Judge Clark Waddoups, based in Salt Lake City.[1] The history of the case is well outlined in the Motion, an Errata,[2] and the Opposition filed by the prosecution.[3] Adjudication of a supervised release violation petition was set before me in May 2025, but is now set August 27, 2025.[4]

The offense charged was committed in Iron County, within the Southern Region. The case was assigned to me at filing. Mr. Hancock entered a guilty plea in July 2021 before Magistrate Judge Kohler, in St. George. Sentencing was originally set before me on September 22, 2021, but continued due to pretrial release violations.[5]. Many hearings were handled by Magistrate Judge Kohler in St. George or by Zoom due to COVID considerations.

---

[1] Motion to Reassign ("Motion"), docket no.212, filed August 18, 2025.

[2] Errata [to Motion], docket no. 213, filed August 19. 2025.

[3] United States' Opposition to Motion to Reassign ("Opposition"), docket no. 215, filed August 22, 2025.

[4] Docket no. 206, filed March 24, 2025.

[5] Docket no. 115 filed August 19, 2021; docket no. 124, filed September 14, 2021.

Because I was serving in an administrative capacity in Salt Lake City in the latter half of 2022, my cases were temporarily assigned to other judges of this court. This case was temporarily assigned to Judge Clark Waddoups. He conducted sentencing in 2022 and 2024. The case was closed.

A petition alleging supervised release violations was filed early this year.[6] The petition ordering issuance of a warrant (initiated by St. George Probation Officer Frank Davis) was signed by Judge Waddoups and the case was immediately reassigned to me.[7]

Three hearings have been held in St. George before Magistrate Judge Kohler in 2025.[8] Judge Kohler released Mr. Hancock to treatment.[9] Mr. Hancock resides in Richfield, Utah, within the Southern Region of this court, and will be supervised by a probation officer based in St. George, Utah. In all three 2025 hearings, a St. George based probation officer has appeared.

A drug test August 28, 2025, indicated a new use of a controlled substance. Mr. Hancock has requested laboratory verification of the test, which may take up to 30 days. The testing took place in Richfield, Utah.

I have conferred with Judge Waddoups about the Motion.

---

[6] Docket no. 193, filed January 27, 2025.

[7] Docket no. 196, filed January 29, 2025.

[8] Minute Entries: docket no. 198, filed January 30, 2025; docket no. 201, filed February 3, 2025; docket no. 204, filed March 3, 2025;

[9] Docket no. 205, filed March 6, 2025.

**ORDER**

IT IS HEREBY ORDERED:

The Motion to Reassign[10] is DENIED.

The Supervised Release Violation disposition hearing set for Wednesday August 27, 2025, is VACATED and CONTINUED to September 24th, 2025, at 11:30 a.m. in Courtroom 2B, 206 West Tabernacle, St. George, Utah.

Signed August 22, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[10] Motion to Reassign, docket no.212, filed August 18, 2025.